# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CALVIN WOOD, | : | |
| Plaintiff, | : | Case No. 3:08CV0247 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| Two Workers for the U.S. Postoffice at Evansville, | : | |
| | : | |
| Defendants. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on July 16, 2008 (Doc. #3) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED with prejudice;

3. The Court certifies pursuant to 28 U.S.C. §1915 that for the reasons set forth in the Report and Recommendations an appeal of this Decision and Entry would not be taken in good faith and therefore leave for Plaintiff to appeal *in forma pauperis* is denied; and

4. The case is terminated on the docket of this Court.

August 5, 2008 *S/THOMAS M. ROSE

———————————————
Thomas M. Rose
United States District Judge